16 CV 1830

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2016 MAR 11 AM 9:04

Dr. Richard Sunday Ifill, Felix Morales,
R. Colon, Clifford Taylor, Westley Bautista,
Marcus Wilson, Roderick Gray, Brian Plummer, Dween Blackman

*(In the space above enter the full name(s) of the plaintiff(s).)*

ORLANDO HAMILTON

-against-

The City of New York, New York County
Supreme Court, bronx County Supreme Court,
Brooklyn County Supreme Court, Queens
County Supreme Court, District Attorney
New York County, District Attorney Bronx
County, District Attorney Brooklyn County,
District Attorney Queens County, The
Legal Aid Society, New York County Bar
Association, New York City Commissioner
for Corrections and Mayor DeBlasio, Mayor
of New York.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the

Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No

*(check one)*

Also Title 18, Sections
241, 242, Title 42, Sec.
1985 and 1986

JURY TRIAL

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name  __Dr. Richard Sunday Ifill 349-14-00294__
ID #  __Spiritual Leader of S.L.G. Youth Inc.__
Current Institution __Rikers Island, 15-15 Hazen Street, GMDC__
Address __East Elmhurst, New York 11370__

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name  __THE CITY OF NEW YORK__    Shield #_____
Where Currently Employed _____
Address _____

*Rev. 05/2010*

1

## PLAINTIFFS CONTINUED

Felix Morales

GMDC
15-15 Hazen Street

R. Colon
GMDC
15-15 Hazen Street
East Elmhurst, New York 11370

Clifford Taylor
GMDC
15-15 Hazen Street
East Elmhurst, New York 11370

MaRcus Wilson
GMDC
15-15 Hazen Street
East Elmhurst, New York 11370

Roderick Gray # 113-15-00960
GMDC
15-15 Hazen Street
East Elmhurst, NY 11370

Brian Plummer
GMDC
15-15 Hazen Street
East Elmhurst, NY 11370

Dween Blackman 441-15-07246
15-15 Hazen Street, GMDC
East Elmhurst, NY 11370

1-B

WESTLEY BAUTISTA # 241-15-03048
15-15 HAZEN St - GMDC
East Elmhurst, NY 11370

ORLANDO HAMILTON # 241-14-10192
15-15 Hazen St GMDC
East Elmhurst, NY 11370

## DEFENDANTS CONTINUED

District Attorney's from:

1. New York County,

2. Bronx County,

3. Brooklyn, County,

4. Queens County.

The Legal Aid Society;

The New York City Bar Association,

Mayor DeBlasio, Mayor of New York,

Commission of New York City Department of Corrections,
Astoria Blvd.
Rikers Island
East Elmhurst, New York 11370

2-B

Defendant No. 2    Name <u>New York County Supreme Court</u>   Shield #_____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 3    Name <u>Bronx County Supreme Court</u>   Shield #_____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 4    Name <u>Brooklyn County Supreme Court</u>   Shield #_____
                   Where Currently Employed _____
                   Address _____
                           _____

Defendant No. 5    Name <u>Queens County Supreme Court</u>   Shield #_____
                   Where Currently Employed _____
                   Address _____

See attached sheet 2-B

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

<u>Rikers Island, GMDC, C-73</u>

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?

<u>The whole complete Rikers Island</u>

<u>(See attached Civil Rights Complaint for full details)</u>

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

<u>Over a period of 2 years, From 2013 through 2015</u>

<u>and still happening (see attached Civil Rights Complaint</u>
<u>for full details)</u>

D.  Facts:   Defective Indictments, False Arrest, Unlawful
Imprisonment, Conditions that threatens Plaintiffs health,
and life, puts them at risk for death.

(See the attached Civil Rights Complaint for full details).

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III.  **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

See attached brief

IV.  **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _xx_  No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Rikers Island, GMDC, C-73, 15-15 Hazen Street
East Elmhurst, NY 11370

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No **xx**   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **xx**   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve?   all of them

_____

2.   What was the result, if any?   none

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

Wrote to the Warden, Commissioner, Mayor, Governor,
President Obama, United States Department of Justice,
to Congress, Senator Perkins, Congressman Charles Rangel,
Assembyman Keith Wright, the Press. (see attached brief).

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:  _____

The alleged grievance committee here at C-73 does not
conform to the Directive, it does not operate under the
established director, gthe supervior makes all of the
decisions herself. (see attached brief)

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

    Plaintiffs life and lives are in great danger of death because of the conditions that poses a serious threat to our lifye, health, safty and freedom, as we are are unlawfully in prison (see attached brief).

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.   Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____ 150 Million Dolars, Create a New Legal System that follows the United States Constitution, Release all plaintiffs from their unjust, illegal and unlawful imprisonment. (See attached brief).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VI.   Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No xx

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
_____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending? Yes _____ No _____

        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____ No **xx**

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
_____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending? Yes _____ No _____

        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of December , 20 15

Signature of Plaintiff

Inmate Number          349-14-0 0294

Institution Address     15-15 Hazen Street, GMDC

East Elmhurst, NY 11370

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 30 day of December , 20 15 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

## NATURE OF ACTION

This is an action to recover money damages and other changes within the department of corrections.  It seeks damages against some of the named defendants and not all of the defendants because some are covered by the 11th Amendment to the United States Constitution.  The issues and or claims raised herein, arises out of defendants The City of New york, and  the bronx County District Attorney, New York County District Attorney, Brooklyn County District Attorney, Queens County District Attorney the legal Aid Society, the New York County Bar Association New York City Commissioner for New York City Department of Corrections andMayor DeBlasio, Mayor of New York.

Each and every Defandant while acting under the Color of Law, Engaged in conduct either directly or indictly, either they knew and tried to cover the Constitutional Violations up, or they should have known that the issues complained about herein, violated the plaintiffs constitutional rights.

The Eighth  Amendment of the United States Constitution Forbids the defendants from inflicting cruel and unusual punish-ment upon plaintiffs, or inflicting any conditions and or treatment that amounts to cruel and inhumane, or treatment and or conditions that violates the 13th Amendment to the United States Constitution, against the infliction of Slavery.

1.  This is a pro-se Civil Rights Action, commenced pro-se
by plaintiffs, who are seeking to redress the constitutional
rights that are arbitrarily, capriciously with malice and
without regards for plaintiffs health, safety, life, conditions
and following the laws that has been enacted by the Legislaure
to ensure that all citizens, black, hispanic, white and any
other minority shall be protected by the United States Const-
itution that excluded blacks because of slavery, but with the
passing of the Bill of Rights in 1865, namely the Fourteenth
Amendment thereof, that was duly incorporated into the Bill
of rights to ensure that even blacks could not be denied or
deprived of Duwe Process of Law before their life, liberty  or
property could be taken away.  Nor denied or deprived of the
Equal Protection of the Laws.  This action seeks to remedy the
constant  and continuing constitutional violations by  defendants,
either individually and or collective, either directly or as a
result of laws, policies, procedures, implemented that theyknew
or should have known, would violate plaintiffs constitution rights
to be free from cruel and unusual punishment, deprivation of life
and liberty, false imprisonment, defective indictments, ineffective
representation by attorney's who were, are systemically programmed
to help the district attorney put men and women in prison, as a

-1-

result of defective grand jury proceedings, defective indict-
ments, wrongful imprisonment, violations of health codes, sanitary
codes, poisonous elements in Rikers Island that puts plaintiffs
lives in constand danger, has already affected plaintiffs health
to such a degree that the Rikers Island Medical Department at
GMDC cannot do anything about it, does not have the adequate
medical facilities to treat the medical illnesses that
plaintiff has as a result of the diseases that plaintiffs are
catching as a result of the numerous hazardous health conditions
that will be more fully detailed herein  Defendants, all, either
individually or collectively has and continue to violate
plaintiffs constitutional rights while acting under the color
of law, pursuant  to Title 18, Swections 241, and 242, Title
42, Sections 1983, 1985 and 1986, as well as violating the
Fourth, Fifth, Sixth, Eighth, Thirteenth and Fourteenth Amend-
ments of the United States, and the existing cases of laws, that
will be briefed herein these moving papers.


2.   This civil action is further being filed because of the
violations of our First, Fifth, Sixth, Eighth, Thirteenth and
Fourteen Amendments rights under the United States Constitution,
and in the Interest of Justice, against each and every defendant

-2-

named herein, for continuing engaging, or allowing others to
engage in conduct amounting too, but not limited to, conspiracy
to violate plaintiffs constitutional rights or allowing them to
be violated, or creating policies, procedures, rulkes and regu-
lations that are designed to deprive plaintiffs and all those
similar situated of our constitutional rights.  Defendants
know or should know that their actions violates plaintiffs
constitutional rights, as well as should have the power, and
does have the power and or asuthority to stop, prevent the
violations named herein, but chooses to engage in a conspiracy
against plaintiffs without regards for our life, safety, health,
state of mind or constitutional rights to be free from cruel and
unusual punishment and treatmenttas well as slavery in violation
of the thirteenth amendment of the United States Constitution,
because the law presaumes each and every plaintiff and all those
similarly situated, to be _innocent_ until proven guilty.


3.  The criminal justice system today, has been wrongfully des-
igned to discrimanate against blacks and hispanics, and has
centered itself around locking up blacks and hispanics for the
purposes of keeping this billion dollar slave plantations alive
and generating at the expenses of the poor.

-3-

4.   Plaintiff Dr. Richard Sunday Ifill, suffers from Prostate
Cancer, Neuropathy Joint Diseases, asthma as well as spinal
stenosis of the Lumbar Spine, as a resulttof constant exposure
to these toxic poisonous gases, bull pen therapy of constantly
going back and forth to court, sitting in cold bull pen cells,
on steel benches for long periods of time, with out the necessary
food and drink, plaintiffs is dying, his diseases has become
10 times worse and his results of all tests shows that they are
extremely high. (See medical record, as Dr. Ifill's exhibit A)
in support of the fact that his life is  in immediate danger
as a result of the City of New York and the other defendants
failure to provide adequate protection and a safe and healthy
prison that would be free from all of the diseases complained
about in this suit.

     Because of the constant exposure and other constitutional
violations herein complained of, plaintiff Ifill suffers from
a host of medical diseases that continues to get worse, because
New York City Prison system's inability to provide the kind of
medical care and treatment that he needs, and as a result of the
same, plaintiff is dying and the defendants do not care, and
this is why they are trying to cover each and every violation
herein complained of up.

                          4-A

4.   Plaintiffs Dr. Richard Sunday Ifill, Felix Morales,
R. Colon, Clifford Taylor, Marcus Wilson, Moussa Doucoure,
and all those similarly situated are all detainees who the
law presumes to be innocent until proven guilty.  Detainess who
maintain all of our constitutional rights under the Bill of Right
who are the subject and victims of conditions and treatment at
Rikers Island that are causing our health to fail to such a
degree that we are physically and mentally dying as a result of
the diseases that we are forced to take in each and everyday.

     Disease's that are killing us slowly, destroying our
physical and mental health, while the defendants who are aware
of the diseases that exist in Rikers Island, and yet for the sake
of money they are making off of the backs of plaintiffs and all
those similarly situated, defendants have totally disregarded
our lives, safety, health and the fact that the law presumes
each and every one of us, to be totally innocent, until proven
guilty.


5.   Each and every plaintiff, Dr. Ifill, Morales, Colon, Taylor,
Wiulson and Doucoure, and all those similarly situated,  are
forced on a daily basis to breath in methane gas at a rate of

-4-

approximately 400% higher than the aveage person in society,
because the 3 landfills at Rikers Island were all built the
same, the Rikers Island Grounds all have therefore been exposed
to several contaminants that are **slowly** killing plaintiffs, and
is causing all kinds of health problems and diseases that Rikers
Island medical department cannot treat, therefore each and every
plaintiff are physically dying as a result of methane gas that
we are forced to take into our system everyday. As well as the
medical waste, because there are no regulations for landfills
back in the 1920's when the beginning of the landfill project
began, the medical waste built up on Rikers Island is slowly kill
ing not only the plaintiffs but correctional staff as well who
work on Rikers Island. The defendants are totally aware of these
medical problems but totally disregard them because of the
ignorance of the detainees who are placed here, and to close
Rikers Island, would cost the investers billion upon billions
of dollars, so instead they are allowing blacks, hispanics and
other minorites lives to be destroyed, as the evidence will
reveal.  Plaintiffs are further forced to take into our systems
without medical care and treatment the Toxic waste that defen-
dants do not even try to get rid of, let alone control, they are
for the sake of the dollar, allowing human beings lives to be
destroyed.  Not only are plaintiffs subjected each and every day,
and has been for years, and continue to be, because of the con-
stant leaking of methane gas poison that is and continue to

-5-

cause each and every plaintiff extreme symptoms that we are not
being treated for, and the defendants are trying to keep thoese
conditions covered up, so that the detainees will never become
aware of the life treasting diseases we are forced to live under
so that the system and the powers that be, can continue to generate
billions and billions of dollars that they make off of the blacks
and hispanics and other minorities that are here.

While it is true that all landfills may leak methane, but
none of them leaks it at the rate that Rikers Island is leaking
it.  Rikers Island reate is 400 percent higher than normal which
means that we are slowly dying, and suffering medical conditions
for which there is no cure.  The methane poisonous gas at Rikers
island is constantly mixing with the medical and toxic materials
from three mile island and Ellis Islands immigration rune as well
as the burning of medical materials right here on the Island of
Rikers, all are causing for alarm, because human lives are at
stake and defendants do not give a damn about the lives or safety
of plaintiffs and those similarly situated.  Its all about making
money for the rich and super powers of the United States, at the
expense of poor blacks, hispanics and other minorities who the
system continuing to lock up under the pretense of crime, but make
sure that its blacks who are the victims.

-6-

Thus, the conditions at Rikers Island is being kept hidden from plaintiffs.  Plaintiffs constitutional right to know and to be made aware of the fact that our lives are in grave danger as a result of the toxic waste's that are existing in Rikers Island and  plaintiffs right to know laws and the reality that we face from day to day living breathing, eating, and being exposed 24 hours a day to the toxic waste, toxic chemicals, poisonous gas that even exist in the foods that is being fed to plaintiffs that defendants are aware of the fact that they are destroying plaintiffs, while defendants and the City of New York, the Mayor of New York, environmental protection administration, the office of air and radiation, office of prevention pesticides and toic substances, the office of water and the occupational safety and health administration, the Governor, Congressman Rangel all the way up the White House are aware of the toxic gases, chemicals, waste, methane gas that is and will continue to affect plaintiffs central nervous systems, which are destroying them, but they have kept this matter quit.  The conditions in New York City Department of Corrections, Rikers Island, the toxic waste, poisonous gases is causing plaintiffs brain damage, nerve damage and the constant exposure to the same causes cancer, the poor living conditions that plaintiff is forced to live under, as will be fully briefed herein, is subjecting plaintiffs to a continuing pains, poor health, failing health, that defendants

-7-

are  deliberately making it their business to hide from plain-
tiffs and the general prison population, because defendants are
hiding and covering up the facts that plaintiffs are constantly
exposed to toxic waste, toxis gas, poisonous elements that exist
at Rikers Island, forseeabilty damages is the result. Insted of
defendants addressing the problems, the nerve damage is forseeable
and it is worse for plaintiffs because defendants are keeping
the problems hidden.  These facts have been diagnosed in the
First claims filed in the 1950's the gag orders on these claims
has made it hard to trace.  But they are registered in the Courts
all jurisdictions, in Congress and in the White House, that
further the beds for plaintiffs, the poor food for plaintiffs is
a further means to enforce the contamination on plaintiffs and
all those similarly situated.  Gas compressed meat and fish patties
that is constantly being fed to plaintiffs are dangerous to our
digestive systems with these other susceptable gases, conditions
and problems.

     Because of these diseases plaintiffs are further exposed
to the Sick Land Syndrome and the Sick Building Syndrome.  these
conditions are known throughout the D.E.P., O.S.H.A and Hazmat.
     These conditions that plaintiffs are constant exposed to

-8-

are ten times worst than lead based paint exposure, but neither
the City of New York nor the other defendants has not effected
a sure filed plan of presenting the necessary compensation for
those who have beenillegally exposed to the aforementioned car-
cinigins.  Lead Based Paint dangers are listed in Giles v.
Yi, 105 A.D. 3d 1313.  35 Injuries came from lead based paint
alone, mean while plaintiffs have Medical, Toxic and Methane Gas
Exposure that has and continue to causes plaintiffs various
diseases, injuries that cannot be repaired.  Irreversable Brain
Famage are the least of plaintiffs problems.  Some of the Brain
damages that these toxic, and poisonous chemicals, gases that
plaintiffs are exposed to each and everyday are unavailable to
be detected on EEG 131 Misc. 2d 346 Classen v. State 12-12-85
with no warning posted all of the defendants are responsible.
This is a direct violation of Labor Law 200.  Thus any filed
report, argument or litigation shall not be deemed as cause for
expulsion of employment pursuant to Executive Law, 296- 296- a
respectively.

   Plaintiffs are further being exposed to Asbestos on a
daily basis, as well as have been constantly exposed to leaking
Asbestos that are in walls, ceiling, medical facility, in the
gym area's in the showers, bathroom and even in the kitchen
and because of such, plaintiffs health has been and continue to
be in grave danger.

-9-

5.   The evidence herein, will further reveal that plaintiffs
has been and continue to be subjected to ollegal mattresses that
continues to cause plaintiffs extreme pain, spinal injuries,
back injuries, and other injuries that the medical department at
GMDC, C-73 are incapable of treating, has failed to adequately
treat,as well as continue to deny plaintiffs adequate medical
care and treatment.   All of the mattresses issued at GMDC, C-73
and the other jails in New York City Department of Corrections
are illegal because the beds are not standard by federal stand-
ards because they are part of a mattress set of which is incom-
plete.   The set was broken up and thus it was placed on a
violation foundation of many base for the mattresses of which is
called a sled.   The sled was made to set on a boat by the Bob
Barker Company.   Thus the missing boat for the sled was a fore-
seeable travesty and calamity of which is causing plaintiffs and
class to sudden suffering of significant and atypical hardship
as a result of receiving back pains plaintiffs did not have prior
to coming to Rikers Island or to the Department of Corrections.


6.   Plaintiffs have and continue to be imprisoned as a result of
defective alleged indictments that violates the Fifth Amendment,
violates the Fourteenth Amendment as well as violate the law
enacted by Congress and the Senate, signed into Law by the
president of the United States for all Courts to adhere to. the
alleged indictments exhibited herewith does not contained the
Grand Jury Seal, has not been certified, does not comply with

the law that says that the District Attorney has the authority
to make up his own verison of an indictment, or to move away
from the enacted laws set forth by the Legislature. Criminal
Procedure Law, Section 200.50 (8) and (9).

Criminal Procedure Law, Section 200.50 clearly states
that an indictment "must" [contain] and than paragraphs 1-9
describes the exact nature of what all, not some, but all
indictments must contain.  The exhibits herewith, demonstrates
that the Courts, the District Attorney's and attorney's who
are assigned to represent blacks and hispanics have been
violating the statutory guidelines for years and brushing the
matter under the table in order to keep this now billion dollar
business filled with blacks, hispanics and other minorities,
who are legally considered slaves, but the matter covered up
because it casts a negative image and light on the criminal jus-
tice system.  The Courts, the District Attorney's, the Legal
Aid Society are aware of this constitutional violation, but keeps
it covered up with lies, and continuing constitutional violations,
human rights violations and civil rights violations. Although
corporated into the Bill of Rights, Article 1, Section 6 of
New York States Constitution does permit an accused to waive

-12-

an indictment by a Grand Jury and consent to be prosecuted by
an information filed by the prosecutor, provided that the defen-
dant signs in open Court in the presence of the Judge, the pro-
secutor and counsel...even this clause in the Bill of Rights, co-
ntradicts the United States Constitution, which controls the
United States.  It was written by our Founding Fathers, signed
by 56 respected individuals to be the hall mark of the land, it
clearly states in the Fifth Amendment that no criminal case
can be prosecuted in the Supreme Court unless on an indictment
handed down by the Grand Jury. Article 1, Section 6 of the Bill
of Rights is therefore, unconstitutional and violates plaintiffs
constitutional rights.

The letter enclosed herewith by Administrative Judge Robert
Torres recognizes that this matter is a growing problem, yet
he himself is one of the violators of it.  prosecutors informa-
tion is unconstitutional to try cases in the Supreme Court,
because the 5th Amendment does not provide for it, nor does any
other Amendment in the United States Constitution.  Nor is any of
the defendants authorized to create their own means of indicting
cases and trying them in the Supreme Court, that contradicts the
united States Constitution.

-13-

6-A.  The water system including the pipes that it runs through, is so contaminated, filled with intoxic waste, germs, and a mountain of diseases that plaintiffs constantly drink each and everyday, to such a degree that our health is in constant danger, our lives are greatly shorten as a result of the water, to such a degree that each of us, and class, are dying as a result of drinking the water here in New York City Department of Corrections, namely Rikers Island, while defendants who are aware of these health life threatening diseases, but for the sake of money, they are trying to keep the matter a secret, regardless to how many people die as a result of the same.  Correction officers have died as a result of the diseases and toxic waste on Rikers Island.

13-A